UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE RENE DORAN,

        Plaintiff,

v.                                                            Case No. 11-15120
                                                             Honorable Julian Abele Cook, Jr.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

ORDER

     This case involves a complaint by the Plaintiff, Michelle Rene Doran, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). Thereafter, the Commissioner filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, and Doran filed a motion for remand for further proceedings. These motions were forwarded by the Court to Magistrate Judge Mona K. Mazhoub for evaluation. In a report on February 11, 2013, the Magistrate Judge recommended that this Court (1) grant Doran's motion for remand (ECF No. 11) and (2) deny the Commissioner's motion for summary judgment (ECF No. 12). As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety, and this matter

is remanded for further proceedings.

   IT IS SO ORDERED.

Date: March 6, 2013             s/Julian Abele Cook, Jr.
                            JULIAN ABELE COOK, JR.
                            U.S. District Judge

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 6, 2013.

                                 s/ Kay Doaks
                                 Case Manager